```
                                          ____ Priority
                                          ____ Send
                                          ____ Clsd
                                          ____ Enter
                                          ____ JS-5/JS-6
                                          ____ JS-2/JS-3
                                          ____ Scan Only
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA JAZMIN ARCINIEGA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, NATIONAL ASSOCIATION, DOES 1 through 100, inclusive <br><br> Defendants. | Case No. CV 08-02573 DDP (FMOx) <br><br> **ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED TO STATE COURT FOR LACK OF SUBJECT MATTER JURISDICTION** |

The Court orders the parties to show cause why this action should not be remanded to state court for lack of subject matter jurisdiction. This case involves allegations of employment discrimination, employment harassment, retaliation, and intentional infliction of emotional distress, all in violation of state law. The plaintiffs filed this action in state court on March 20, 2008. The defendant removed this action from state court to federal district court on April 18, 2008. The defendant alleges that this Court has original jurisdiction over this matter because this is a civil action between citizens of different states and the amount in

controversy exceeds $75,000.00.

The Court is not convinced that this action will meet the amount in controversy, as required by 28 U.S.C. 1332.[1] Accordingly, the Court orders the parties to file cross-briefs, not to exceed ten (10) pages, on or before July 18, 2008 to show cause why this action should not be dismissed for failure to satisfy the amount in controversy requirement. The parties should also deliver a courtesy copy to chambers, Room 244-J, Second Floor, 312 Spring Street, Los Angeles. A hearing is scheduled on this matter for Monday, August 4, 2008 at 10:00 a.m.

IT IS SO ORDERED.

Dated: July 2, 2008

_____
DEAN D. PREGERSON
United States District Judge

---

[1] The Court notes that while Plaintiffs seek lost wages, they do not calculate or specify the amounts they are seeking.